UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD PINARDI,

       Plaintiff,

                                 Case No. 08-13168

v.                                   Hon. Paul D. Borman

                                 Mag. Judge Michael Hluchaniuk

CHRYSLER LLC,

       Defendant.

---

| | |
|---|---|
| RUDY J. HUIZENGA (P26718) | RICHARD M. TUYN (P29091) |
| Huizenga & Hergt, PC | VICKI J. PATTERSON (P42749) |
| Attorneys for Plaintiff | Ogletree, Deakins, Nash Smoak & Stewart, PLLC |
| 1415 Penobscot Building | Attorneys for Defendant |
| Detroit, Michigan 48226 | 33 Bloomfield Hills Parkway, Suite 120 |
| (313) 963-4200 | Bloomfield Hills, Michigan 48304 |
| lawemp@aol.com | (248) 593-6400 |
| | richard.tuyn@ogletreedeakins.com |
| | vicki.patterson@ogletreedeakins.com |

---

**DISCOVERY ORDER**

      The Court having heard the arguments from both Plaintiff and Defendant regarding Plaintiff's Motion to Compel Discovery, at a hearing held on March 18, 2009;

      NOW THEREFORE, it is hereby ordered that:

      With regard to Plaintiff's Document Request #2, Defendant shall provide Plaintiff with the complete personnel files of Joel Baccus, G.L. Pabst, Jeffrey Godshall, and Zulf Ali but may with hold tax documents and documents directly pertaining to health care. Defendant may redact beneficiary information from pension documents; however, all other documents shall be

unredacted, including documents describing salary information. Defendant shall provide the performance reviews of Steve Holmes for 2006, 2007, and 2008.

With regard to Plaintiff's Document Request # 4 Defendant shall provide the complete personnel file of Scott Griesman and any other manager in the Design Department from 2007 to present but may with hold tax documents and documents directly pertaining to health care. Defendant may redact beneficiary information from pension documents; however, all other documents shall be unredacted, including documents describing salary information.

With regard to Document Requests #6,7,8,9,10, and 11, Defendant shall provide all information requested including emails or other communications regarding implementation of the restructuring, consolidation of positions, selection of employees to fill positions, retention of employees, reorganization or reduction of the workforce which occurred in 2007 and 2008.

With regard to Document requests #13,14,18, and 19, in reliance of the representation of counsel for defendant that all responsive documents have been produced, the court denies Plaintiff's motion.

With regard to Document Request #15,16, and 17 the Defendant shall provide all organization charts for the Design Department for 2007, 2008, and 2009 to present.

With regard to Document Requests #21,22, and 23, Defendant shall provide job descriptions for Joel Baccus and G.L. Pabst to the extent that they exist.

IT IS FURTHER ORDERED that Defendant shall provide Plaintiff these documents within 2 weeks of the entry of this order.

IT IS SO ORDERED.

                                                s/Michael Hluchaniuk  
                                                Michael Hluchaniuk  
Date:  April 6, 2009                United States Magistrate Judge